UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) )   3:09-md-02100-DRH-PMF ) )   MDL No. 2100 ) |

**This Document Relates To:**

*Tammie Poirrier v. Bayer HealthCare Pharmaceuticals Inc., et al.*   No. 3:09-cv-20077-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on October 3, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:  /s/*Sara Jennings*
     **Deputy Clerk**

Dated:  October 4, 2013

APPROVED:

David R. Herndon
2013.10.04
18:10:33 -05'00'

CHIEF JUDGE
U. S. DISTRICT COURT